# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2013

## NO. 03-13-00132-CV

**James L. Hebert, Appellant**

**v.**

**April Marie Roberts Hebert, Appellee**

**APPEAL FROM 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

**THIS DAY** came on to be submitted to this Court appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.